IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EZEKIEL D. WHITE,

      Appellant,

  v.

Case No.  5D22-196
LT Case No. 2020-CF-01201

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 16, 2022

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Matthew J. Metz, Public Defender,
and Darnelle Paige Lawshe, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.